UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



FILED U.S. DC
DEC 16 2009
S.D. OF N.Y.

In re AUSTIN CAPITAL MANAGEMENT, LTD. SECURITIES & EMPLOYMENT RETIREMENT INCOME SECURITY ACT (ERISA) LITIGATION

**Notice of Appeal**

Lead Case No. 09-md-2075 (TPG)

This Document Relates to: *Austin Capital Management, Ltd., et al. v. The Board of Trustees of the Texas Iron Workers' Pension Fund*, et al., Case No. 09-cv-07135 (TPG)

    Notice is hereby given that plaintiffs Austin Capital Management, Ltd.; Austin Capital Management GP Corp.; Charles W. Riley; Brent A. Martin; James P. Owen; Montgomery "Buck" Green; Kyle McDaniel; and Jay W. Van Ert appeal to the United States Court of Appeals for the Second Circuit from the final Judgment entered in this action on November 16, 2009. A Notice of Appeal was filed in member case number 09-cv-07135 (TPG) on December 11, 2009.

Dated: December 16, 2009

Of Counsel:

Richard J. Bedell, Jr.
Geoffrey J. Ritts
Louis A. Chaiten
Peter G. Hilbert
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
Tel: (216) 586-3939
Fax: (216) 579-0212

Respectfully submitted,

_____
Harold K. Gordon
JONES DAY
222 East 41st Street
New York, NY 10017-6702
Tel: (212) 326-3939
Fax: (212) 755-7306

*Attorney For Plaintiffs
Austin Capital Management, Ltd.;
Austin Capital Management GP Corp.;
Charles W. Riley; Brent A. Martin;
James P. Owen; Montgomery "Buck" Green;
Kyle McDaniel; and Jay W. Van Ert*